# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS L. TARN and LINDA A. TARN, <br><br> PlaintiffS, <br><br> v. <br><br> UNILEVER UNITED STATES, INC., and CONOPCO, INC. (as successor to Bestfoods), <br><br> Defendants. | Civil Action No.: 12-cv-5577 (CCC-JAD) <br><br><br> O R D E R |

**CECCHI, District Judge.**

This matter comes before the Court upon motion by Plaintiffs Thomas L. Tarn and Linda A. Tarn to remand this action to the Superior Court of the State of New Jersey, Morris County, pursuant to 28 U.S.C. § 1447. (Docket No. 10.) On May 10, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that Plaintiffs' motion to remand be denied. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 29th day of May, 2013

**ORDERED** that this Court adopts Judge Dickson's May 10, 2013 Report and Recommendation and thus denies Plaintiffs' motion to remand .

**HON. CLAIRE C. CECCHI**
United States District Judge